LYONS, Justice
(concurring in part and dissenting in part).
Does an insurer satisfy the requirement of § 32-7-23, Ala.Code 1975, that every policy must provide coverage for uninsured-motorist benefits in an amount not less than $20,000[11] by watering down the rights to more than $20,000, even though it contracted for higher limits than $20,000, by including a setoff provision allowing it to deduct payments made to its insured under the medical-benefits portion of the policy? The answer lies in an understanding of the scope of legislative intent.
If the legislature’s public-policy objective was fulfilled by merely permitting an insured to have at least $20,000 in uninsured-motorist coverage, thereby making the insured’s decision to purchase any uninsured-motorist coverage greater than $20,000 a private matter between the insured and the insurer, the setoff does not violate public policy. If the legislature’s public-policy objective was fulfilled by permitting an insured to have at least $20,000 in uninsured-motorist coverage, and more if the insured cared to purchase it, then the matter of excess above $20,000 is not simply a private matter between the insured and the insurer, and setoffs should not be permitted to defeat the coverage.
Section 32-7-23(a), Ala.Code 1975, in pertinent part, provides:
“No automobile liability ... policy insuring against loss resulting from liability imposed by law ... arising out of the ownership, maintenance or use of a motor vehicle shall be delivered ... in this state ... unless coverage is provided ... in limits for bodily injury or death set forth in subsection (c) of Section 32-7-6 ... for the protection of persons insured thereunder who are legally entitled to recover damages from owners or operators of uninsured motor vehicles .... ”
The reference to limits set forth in subsection (c) of § 32-7-6 brings into play the requirement of coverage “of not less than twenty-five thousand dollars ($25,000).”
The thrust of the statute is thus provision for coverage for not less than $20,000 and not coverage in the amount of $20,000. I do not see how we can conclude that public policy is served by denying protection to the insured’s statutory right to such benefit when coverage exceeds $25,000. I therefore join Justice Woodall’s special writing.

. Section 32-7-6(c), Ala.Code 1975, which sets the required limits of coverage, was amended in 2008 to increase the amount from $20,000 to $25,000.